CLD/ZS 2021R00505
JTM 08.23.21

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACOB MATHIAS RUBINSTEIN,<br><br>Defendant. | CRIMINAL NO. RDB 21cr 329<br><br>(Production of Child Pornography, 18 U.S.C. § 2251(a); Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2); Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); and Forfeiture, 18 U.S.C. § 2253) |

## INDICTMENT

### COUNT ONE
(Production of Child Pornography)

The Grand Jury for the District of Maryland charges that:

On or about September 19, 2020, in the District of Maryland and elsewhere, the defendant,

**JACOB MATHIAS RUBINSTEIN,**

did knowingly attempt to and did employ, use, persuade, induce, entice, and coerce Jane Doe 1, a 10-year-old minor female, to engage in sexually explicit conduct as defined in 18 U.S.C. § 2256(2), for the purpose of producing a visual depiction of such conduct, and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, a series of videos depicting Jane Doe 1 with her bare genitals exposed and Jane Doe 1 masturbating her exposed genitals, including, but not limited to, the following image files: "20200919_230900.mp4;" "20200919_231515.mp4;" and "20200919_232510.mp4."

18 U.S.C. § 2251(a).

1

## COUNT TWO
### (Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about September 20, 2020, in the District of Maryland and elsewhere, the defendant,

**JACOB MATHIAS RUBINSTEIN,**

did knowingly attempt to and did employ, use, persuade, induce, entice, and coerce Jane Doe 1, a 10-year-old minor female, to engage in sexually explicit conduct as defined in 18 U.S.C. § 2256(2), for the purpose of producing a visual depiction of such conduct, and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, a series of videos depicting Jane Doe 1 with her bare genitals exposed and Jane Doe 1 masturbating her exposed genitals, including, but not limited to, the following image files: "20200920_000349.mp4;" "20200920_000430.mp4;" and "20200920_001828.mp4."

18 U.S.C. § 2251(a).

## COUNTS THREE – FOUR
### (Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about the dates listed below, each being a separate count, in the District of Maryland and elsewhere, the defendant,

### JACOB MATHIAS RUBINSTEIN,

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, and shipped and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depiction was of such conduct: that is, **RUBINSTEIN** used the internet to distribute sexually explicit videos of minor females as follows:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 3 | September 20, 2020 | **RUBINSTEIN** used Snapchat, an internet based messaging application, to distribute videos to another Snapchat user, and the videos depicted minor females engaged in sexually explicit conduct, including sex acts, which are described by the following partial file names: "EiQSFXZrQVF" and "EiQSFWFyc0Fq." |
| 4 | January 12, 2021 | **RUBINSTEIN** used Kik, an internet based messaging application, to distribute a video to another Kik user, and the video depicted a minor female engaged in sexually explicit conduct, including the lascivious display of the minor's genitals, which is described by the partial file name "4d5428.mp4." |

18 U.S.C. §§ 2252A(a)(2) and (b)(1).

## COUNTS FIVE - EIGHT
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about February 16, 2021, in the District of Maryland and elsewhere, the defendant,

### JACOB MATHIAS RUBINSTEIN,

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed the following devices which contained one or more visual depictions of minors, including prepubescent minors, engaged in sexually explicit conduct as follows:

| COUNT | ELECTRONIC DEVICE | DESCRIPTION |
|---|---|---|
| 5 | Motorola Moto Z Cell Phone XT1789-01 Serial Number: ZY224CZ5H5 | Video files which contain sexually explicit images of minor females, including prepubescent females, described with the following file and partial file names:<br>• "9db73a82"<br>• "VID-2019"<br>• "cf0171b4"<br>• "20200919_230900.mp4"<br>• "20200919_231515.mp4"<br>• "20200919_232510.mp4"<br>• "20200920_000349.mp4"<br>• "20200920_000430.mp4"<br>• "20200920_001828.mp4" |

| COUNT | ELECTRONIC DEVICE | DESCRIPTION |
|---|---|---|
| 6 | SanDisk Ultra Micro–SD Card 64 GB<br>Serial Number: 6481DUAJF07X | A video file which contains sexually explicit images of a minor female, including sex acts, described with the following partial file name:<br>• "(pthc) NEW" |
| 7 | Dell Inspiron Laptop Computer, P51F<br>Serial Number: BK3XKC2 | Video and image files which contain sexually explicit images of prepubescent females, described with the following partial file names:<br>• "2yo_rape"<br>• "4b8cef"<br>• "7b628dd9"<br>• "0000316" |
| 8 | ASUS Notebook Laptop Computer, K53Z,<br>Serial Number: C3N0CJ143586097 | Video and image files which contain sexually explicit images of minor females, including prepubescent females, described with the following file and partial file names:<br>• "[pthc] Compilation"<br>• "1 (23).jpg"<br>• "x_5d322179.jpg"<br>• "PTHC 2012" |

18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's convictions on any of the offense charged in Counts One to Eight of this Indictment.

### Child Pornography Forfeiture

2. Upon conviction of any of the offenses set forth in Count One to Eight of this Indictment, the defendant,

**JACOB MATHIAS RUBINSTEIN,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

  a. any visual depiction described in Title 18, United States Code, Sections, 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received or possessed in violation of Title 18, United States Code, Chapter 110;

  b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

  c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following:

  a. A Dell Inspiron, P51F, laptop computer with Serial Number: BK3XKC2, which contained a Western Digital Blue, WD5000LPCX-75VHAT0, hard disk drive with serial number: WX71A46D4LLL;

    b.    An ASUS Notebook, K53Z, laptop computer with Serial Number: C3N0CJ143586097, which contained a Seagate, ST9320325AS, hard disk drive, SN: 5VD7QYK1;

    c.    A 16 GB, INFINTIVE, Model 917961 USB with Serial Number: BL 151225517B; and

    d.    A Motorola Moto Z (XT1789-01), cellular phone with Serial Number: ZY224CZ5H5 and IMEI 353310080871847, which contained a 64 GB SanDisk Ultra Micro–SD Card, with Serial Number: 6481DUAJF07X.

### Substitute Assets

4.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the Court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. §§ 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Jonathan F. Lenzner /cld*
Jonathan F. Lenzner
Acting United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

8/24/2021
Date